In the Interest of R.M.C. and A.D.C. Juvenile Officer,

C.S., Maternal Grandmother, Respondents,

v.

L.S., Natural Mother, Appellant.

Nos. WD49468, WD49469.

Missouri Court of Appeals,
Western District.

March 28, 1995.

Leslie Ann Schneider, Columbia, for appellant.

Elizabeth K. Magee, Columbia, for Juvenile Officer.

Before BRECKENRIDGE, P.J., and ELLIS and STITH, JJ.

### ORDER

PER CURIAM:

This is an appeal from an order of the juvenile court terminating parental rights.

The judgment is affirmed. Rule 84.16(b).

Vaughn UTTERBACK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 49957.

Missouri Court of Appeals,
Western District.

March 28, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, C.J., P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal of denial of motion to vacate, set aside or correct judgment or sentence under Rule 24.035.

Affirmed. Rule 84.16(b).